THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS RABUNE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee under the Will of MARSHAL O. WILSON, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [647–653 St. Nicholas Ave., Borough of Manhattan.] — Order unanimously modified by fixing the assessed values of the property involved herein for all years from 1942–1943 to 1945–1946, inclusive, as follows:

|  | Lot 157 | Lot 160 |
| --- | --- | --- |
| Land | $21,000 | $45,000 |
| Building | 4,000 | 12,000 |
| Total | $25,000 | $57,000, |

and as so modified affirmed, with $20 costs and disbursements to the appellant. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

CASAVAN GENERAL SUPPLY CO., INC., Respondent, v. GEORGE W. POTOLSKI, Appellant.— Judgment and orders unanimously reversed, with costs to the appellant, and the motion denied upon the ground that triable issues of fact are raised by the affidavits. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

ABRAHAM RUBENSTEIN, Appellant, v. SALLY RUBENSTEIN, Respondent.— In view of the absence from the moving affidavits of the defendant of any explanation justifying her leaving the bed and board of the plaintiff within one week following their marriage, the order appealed from is unanimously modified, without costs, by eliminating the award of temporary alimony and otherwise affirmed. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

THE VERPLEX COMPANY, Respondent, v. MONITOR EQUIPMENT CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See post, p. 925.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES PILLON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.